R. Geoffrey Broderick, Esq.
The Resolution Law Group, P.C.
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830
Tel: (203) 542-7275
Fax: (866) 217-1003
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x
DENNIS MELO, et. al.,                          : Case No.:2:13-cv-01807-JLL-MAH
                                               :
                                               :
         *Plaintiffs*,                         :
                                               : **PLAINTIFFS NOTICE OF**
v.                                             : **VOLUNTARY DISMISSAL**
                                               : **WITHOUT PREJUDICE**
                                               : **PURSUANT TO FEDERAL**
                                               : **RULE 41 (a)(1)**
AMS SERVICING, LLC, et. al.,                   :
                                               :
                                               :
         *Defendants*.                         : Hon. Jose L. Linares
---------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that all Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to all Defendants.

Defendant, Bank of America, N.A., removed this action prematurely from the New Jersey Superior Court. Plaintiffs did not serve Defendants because Plaintiffs desired to amend the complaint prior to service. Defendants have neither answered Plaintiffs Complaint, nor filed a

1

motion for summary judgment, or any other motion.  Accordingly, this matter may be voluntarily dismissed without prejudice.

Dated: April 5, 2013

                              **THE RESOLUTION LAW GROUP, P.C.**

By:   */s/ R. Geoffrey Broderick*
        R. Geoffrey Broderick, Esq.
        The Resolution Law Group, P.C.
        500 West Putnam Avenue, Suite 400
        Greenwich, Connecticut 06830
        Tel: (203) 542-7275
        Fax: (866) 217-1003

## **CERTIFICATE OF SERVICE**

I, R. Geoffrey Broderick, Of Counsel for Plaintiffs, certify that on April 5, 2013, I served the above and foregoing ***Plaintiffs Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1),*** by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the CM/ECF filing system.

Michael Anthony Iannucci, Esq.
Kevin C. Rakowski, Esq.
BLANK ROME, LLC
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19013

Scott Harris Kaiser, Esq.
BRYAN CAVE, LLP
1290 Avenue of the Americas
New York, New York 10104


    */s/ R. Geoffrey Broderick*
R. Geoffrey Broderick, Esq.