R. Geoffrey Broderick, Esq.
The Resolution Law Group, P.C.
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830
Tel: (203) 542-7275
Fax: (866) 217-1003
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| DENNIS MELO, et. al., | : Case No.:2:13-cv-01807-JLL-MAH |
| *Plaintiffs*, | : |
| v. | : **PLAINTIFFS NOTICE OF** |
| | : **VOLUNTARY DISMISSAL** |
| | : **WITHOUT PREJUDICE** |
| | : **PURSUANT TO FEDERAL** |
| | : **RULE 41 (a)(1)** |
| AMS SERVICING, LLC, et. al., | : |
| *Defendants.* | : Hon. Jose L. Linares |

---

**PLEASE TAKE NOTICE** that all Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to all Defendants.

Defendant, Bank of America, N.A., removed this action prematurely from the New Jersey Superior Court. Plaintiffs did not serve Defendants because Plaintiffs desired to amend the complaint prior to service. Defendants have neither answered Plaintiffs Complaint, nor filed a

1

motion for summary judgment, or any other motion. Accordingly, this matter may be voluntarily dismissed without prejudice.

Dated: April 5, 2013

                                      **THE RESOLUTION LAW GROUP, P.C.**

                By:    /s/ R. Geoffrey Broderick
                         R. Geoffrey Broderick, Esq.
                         The Resolution Law Group, P.C.
                         500 West Putnam Avenue, Suite 400
                         Greenwich, Connecticut 06830
                         Tel: (203) 542-7275
                         Fax: (866) 217-1003

SO ORDERED
DATED: 4/8/13